**LAW OFFICES OF NOLAN KLEIN, P.A.**          **ATTORNEYS & COUNSELORS**

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

www.nklegal.com

                                                                                   **Nolan Klein, Esq.**
                                                                                   klein@nklegal.com

April 1, 2020

**VIA ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

                *Re:*    *Juscinska v. Ike Gaming, Inc.*
                       *SDNY Case No.: 1:19-cv-11647*

Dear Judge Abrams:

      This law firm represents the Plaintiff, Natalia Juscinska, in the above-captioned case. An initial pretrial conference is scheduled for April 10, 2020, at 3:30 p.m.

      Plaintiff hereby notifies this Court that a settlement in principle has been reached in the above-captioned matter. Counsel for parties are in the process of finalizing settlement and request thirty (30) days for Plaintiff to file a Notice of Dismissal with Prejudice, or, in the alternative, to request that the case be restored to the active docket. As such, the parties hereby request that all pending deadlines be suspended.

      We thank the Court for your time and consideration in this matter.

                                                    Respectfully Submitted,

                                                    **Law Offices of Nolan Klein, P.A.**

                                                    By: */s/ Nolan Klein*
                                                        NOLAN KLEIN, ESQ.
                                                        (NK4223)

NKK/amd
cc: Ryan T. Benson, Esq. (via ECF)