UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NATALIA JUSCINSKA,

        Plaintiff,

v.

IKE GAMING, INC., d/b/a EL CORTEZ
HOTEL & CASINO,

        Defendant.
------------------------------------------------------------x

CASE NO.: 1:19-cv-11647-RA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, NATALIA JUSCINSKA and Defendant, IKE GAMING, INC., d/b/a EL CORTEZ HOTEL & CASINO, by and through undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees, except as stated in the parties' settlement agreement.

DATED: **April 21, 2020**

| **LAW OFFICES OF NOLAN KLEIN, P.A.** | **O'HAGAN MEYER LLC** |
|---|---|
| By: _____ <br> Nolan Klein, Esq. <br> 5550 Glades Road, Suite 500 <br> Boca Raton, FL 33431 <br> Ph: (954) 745-0588 <br> *Attorneys for Plaintiff* <br> klein@nklegal.com | By: _____ <br> Ryan T. Benson, Esq. <br> One East Wacker Drive, Suite 3400 <br> Chicago, IL 60601 <br> Ph: (312) 422-6100 <br> *Attorneys for Defendant* <br> rbenson@ohaganmeyer.com |